United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PEDRO BARRAGAN,

    Plaintiff,

v.

PERSONNIQ, LLC; JIM F. PRENDERGAST, AND STEVEN RIX,

    Defendants.

_____/

No. C 14-0475 MMC

**ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPIES OF NOTICE OF REMOVAL AND MOTIONS TO DISMISS**

On March 3, 2014, the instant action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS defendants Personniq, LLC and Jim F. Prendergast to submit, no later than March 24, 2014, a chambers copy of the Notice of Removal and, if and when they choose to renotice their respective motions to dismiss, see Civil L.R. 7-2(a) (requiring motions to be "noticed in writing on the motion calendar of the assigned Judge for hearing"); (see also Reassignment Order, filed March 3, 2014), chambers copies of those motions as well.[1]

**IT IS SO ORDERED.**

Dated: March 14, 2014

MAXINE M. CHESNEY
United States District Judge

---

[1] Chambers copies are to be in single-sided format. See Civil L.R. 3-4(c) (setting forth requirements for "papers presented for filing"); Civil L.R. 3-4(c)(2) (providing "text must appear on one side only").