Alison E. Chase (SBN 226976)
KELLER ROHRBACK L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
(602) 248-0088, Fax (602) 248-2822
achase@kellerrohrback.com

Attorneys for Defendants Personniq, LLC; Jim Prendergast

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

PEDRO BARRAGAN,

                Plaintiff,

v.

PERSONNIQ, LLC; JIM PRENDERGAST,
STEVEN RIX, AND DOES 1-10,

                Defendants.

No. 3:14-cv-00475-MMC

**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Date:  May 2, 2014
Time:  10:30 AM
Judge:  Maxine M. Chesney

Pursuant to the stipulation filed April 23, 2014, and good cause appearing, the Case Management Conference is continued to ~~a date to be set by later order of the Court.~~ June 27, 2014.

DATED:  April 25, 2014                         .

_Maxine M. Chesney_ (signature)
Maxine M. Chesney
United States District Judge

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
No. 3:14-cv-00475-MMC                                       1