IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO BARRAGAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PERSONNIQ, LLC, et al.,<br><br>　　　　Defendants.<br>_____ / | No. C 14-0475 MMC<br><br>**ORDER VACATING MAY 16, 2014 HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |

　　　Before the Court are defendant Personniq, LLC's Motion to Dismiss and defendant Jim Prendergast's Joinder and Motion to Dismiss, both filed April 7, 2014.  Plaintiff has filed opposition, to which defendants have replied.  Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matter suitable for decision on the parties' respective written submissions, and VACATES the hearing scheduled for May 16, 2014.

　　　**IT IS SO ORDERED.**

Dated: May 13, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge