Alison E. Chase (SBN 226976)
KELLER ROHRBACK L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
(602) 248-0088, Fax (602) 248-2822
achase@kellerrohrback.com

Attorneys for Defendants Personniq, LLC and
  Jim Prendergast

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PEDRO BARRAGAN,<br><br>                              Plaintiff,<br><br>v.<br><br>PERSONNIQ, LLC; JIM PRENDERGAST, STEVEN RIX, AND DOES 1-10,<br><br>                            Defendants. | No. 3:14-cv-00475-MMC<br><br>**[PROPOSED]** ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Date:  June 27, 2014<br>Time:  10:30 AM<br>Judge:  Maxine M. Chesney |

Pursuant to the motion filed June 19, 2014, and good cause appearing, the Case Management Conference is continued to  August 15, 2014                              .

DATED:  June 20, 2014                              .


_Maxine M. Chesney_ (signature)
Maxine M. Chesney
United States District Judge

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
No. 3:14-cv-00475-MMC                                              1