IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO BARRAGAN, | No. C 14-0475 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| PERSONNIQ, LLC; JIM PRENDERGAST; STEVEN RIX, | |
| Defendants. | |

In light of the pending motion to dismiss, the Case Management Conference currently set for August 15, 2014, is hereby CONTINUED to November 14, 2014. The parties shall file a Joint Case Management Statement by November 7, 2014.

**IT IS SO ORDERED.**

Dated: August 11, 2014

MAXINE M. CHESNEY
United States District Judge